CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
DANIEL PASTOR (CABN 297948)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00460 |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| JESSE DAMIAN BROWN, | |
| Defendant. | |

This matter came before the Court on January 2, 2026, for a detention hearing based on a Form 12 petition alleging that the defendant violated his Supervised Release conditions by committing a December 2022 shooting near 359 Hyde Street in San Francisco. The petition alleges that the defendant shot a victim in the leg in an incident captured on video. The defendant later pleaded guilty to a state charge resulting from the incident. The defendant was present at the detention hearing and represented by Assistant Federal Public Defender Joyce Leavitt. Assistant United States Attorney Daniel Pastor appeared for the government on behalf of AUSA Richard Ewenstein. The government argued for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

    Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court found that the defendant did not meet his burden under Rule 32.1(a)(6) to establish by clear and convincing evidence that he did not pose a danger to any other person or to the community. Accordingly, the defendant was ordered detained.

The present order supplements the Court's findings and verbal order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the basis for its conclusion: The Court finds that the video of the shooting incident on December 18, 202, which occurred while the defendant was on federal supervised release, and the defendant's subsequent guilty plea to Assault with a Deadly Weapon in state court demonstrate his dangerousness to the community. The December 2022 shooting is the most recent conviction in the defendant's criminal record which includes adult state law convictions for robbery, possession of a firearm with a prior violent offense, grand theft from a person, and assault with force likely to produce great bodily injury. The Court's findings are made without prejudice to the defendant's right to seek review of defendant's detention or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 2, 2026

_____
HON. SALLIE KIM
United States Magistrate Judge